UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:14-BK-11159-KSJ Chapter 13

In Re:
Ruben Gutierrez and Isaua Pena
    Debtors.
_____/

# MEDIATION REPORT

In accordance with the Mortgage Modification Mediation Order a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on June 10, 2015.

(1) The following were present at the mediation conference:

    (a) Creditor's representative Jean Clark (via telephone) and Creditor's attorney, Andrew Houchins, Esquire (via telephone).

    (b) Debtors Ruben Gutierrez and Isaua Pena and Debtors' attorney Ricardo Calzada II, Esquire.

(2) The results of the conference are indicated below:

    The parties agreed to reconvene mediation. In the interim the parties will hold a status call on July 10, 2015 at 11:00 a.m. EST.

Respectfully submitted this 10th day of June, 2015.

    /s Viktoria Collins
    Viktoria Collins, Esquire
    Circuit Court Mediator
    Certification No.: 20426CFR
    Fla. Bar No. 0521299
    200 South Knowles Avenue
    Winter Park, FL 32789
    Telephone: (407) 790 4173
    Facsimile:  (407) 347 4092

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel;

**Debtors' Counsel**, James T. Harper, Esq. and Ricardo Calzada II, Esquire, My Law Solution, 56 East Pine Street, 2nd Floor, Orlando, FL 32801;

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/o Creditor's Counsel; Andrew Houchins, Rush, Marshall, Jones and Kelly, P.A, 109 E. Church St., 5th Floor Orlando, FL 32801